```
UNITED STATES DISTRICT COURT                    ORIGINAL
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
          - v. -                    :
                                    :   ORDER
                                    :
JORGE HERNANDEZ GUTIERREZ LOAIZA,    :
OMAR ELKIN DE JESUS MUNOZ MADRID,    :   S1 07 Cr. 758 (RJS)
FREDY FERNEY GONZALEZ MONSALVE,     :
LEDUAN ARANGO MAZO,                 :
WILLIAM ALBEIRO CASTANO ALZATE,     :
JOSE FERNANDO BETANCOURT-CASTRILLON,:
JOSE FERNANDO GOMEZ-CORREA, and     :
JUAN VICENTE MARROQUIN-CARVAJAL,    :
                                    :
                                    :
              Defendants.           :
- - - - - - - - - - - - - - - - - -x
```

Upon application of the United States of America, by and through Assistant United States Attorney Jessica A. Masella, it is hereby ORDERED that Indictment S1 07 Cr. 758 (RJS), which was filed under seal on or about October 24, 2007, be and hereby is unsealed.

SO ORDERED.

Dated:     New York, New York
           February 14, 2008

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK
                                    GABRIEL W. GORENSTEIN
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK